**Fill In this information to identify the case:**

**United States Bankruptcy Court for the:**

_____ **District of** _____
(State)

**Case number (If known):** _____  **Chapter** \_\_

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | SHAMBHALA TREATMENT CENTER, LLC | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 84-3715257 | |
| **4. Debtor's address** | **Principal place of business**  58 NAPLES LANE, MONTGOMERY, TX 77356  \_\_\_\_\_ Number   Street  City  State  ZIP Code  County | **Mailing address, if different from principal place of business**  Number   Street  P.O. Box  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| **5. Debtor's website (URL)** | N/A | |

Debtor ___SHAMBHALA TREATMENT CENTER, LLC___   Case number (if known)_____
           Name

| | | |
|---|---|---|
| **6** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | **A.** *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101 (27A)) |
| | | ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101 (53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101 (6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781 (3)) |
| | | ☐ None of the above. |
| | | |
| | | **B.** *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . _5311___ _ |

| | | |
|---|---|---|
| **8** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☒ XXX Chapter 11. *Check all that apply.* |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☒ [RI The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor   _SHAMBHALA TREATMENT CENTER, LLC_   Case number (If known)_____
             Name

| | | |
|---|---|---|
| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?  If more than 2 cases, attach a separate list. | ☒ xX No  ☐ Yes.  District _____  When _____  Case number _____  MM/ DD/YYYY  District _____  When _____  Case number _____  MM/ DD/YYYY | |
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?  List all cases. If more than 1, attach a separate list. | ☒ XXNo  ☐ Yes.  Debtor _____  Relationship _____  District _____  When _____  MM / DD /YYYY  Case number, if known _____ | |
| 11. Why is the case filed in *this district*? | Check all that apply:  ☒ XXX Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No  ☒ XXX Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.  **Why does the property need Immediate attention?** *(Check all that apply.)*  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  What is the hazard? _____  ☐ It needs to be physically secured or protected from the weather.  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).  ☒ XXX Other _PROPERTY IS SUBJECT OF FORECLOSURE PROCEEDINGS_  **Where is the property?** _____  Number     Street  1701 SW LOOP 304, CROCKETT, TEXAS 75835  _____  City                                   State ZIP Code  **Is the property insured?**  ☒ XXX No  ☐ Yes. Insurance agency _____  Contact name _____  Phone _____ | |

**Statistical and administrative information**

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor    SHAMBHALA TREATMENT CENTER, LLC                    Case number (if known)_____
          Name

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _9-5-23_
              MM / DD /YYYY

X _____          __ CHONG SOPHIA HAN _____
  Signature of authorized representative of debtor    Printed name

Title _____

Debtor _lli* 6/4 ?;;r,{wt:C Lee_   Case number (if known) _____

**18. Signature of attorney**   X _____   Date _r s-ol) .s_
   Signature of attorney for debtor                             MM /DD /YYYY

Printed name
_CHARLES CLINTON HUNTER, HAYES HUNTER PC_
Firm name
_ 4265_ SAN FELIPE STREET, SUITE _1000,_ HOUSTON, TX _77027_
Number     Street
City                                                State        ZIP Code

Contact phone  469-694-5376      Email address CHUNTER@HAYESHUNTERLAW.COM

__ 24072160 _____            TEXS
      Bar number
State