Fill in this information to identify the case:

Debtor name __Shambhala Treatment Center__

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Wild Frontier LLC 1500 S. Dairy Ashford #325 Houston, TX 77077 | george@twomey.com 713-659-0000 | mortgage | | | | 2,400,000 |
| 2 | Judy B. Reed 359 Saint Augustine Dr. Chico, CA 95928 | sassyblonde@digitalpath.net 530-514-5627 | mortgage | | | | 517,000 |
| 3 | Tax Assessor | | | | | | 200,000 |
| 4 | Alan Choi 289 Waterford Wy Montgomery, TX 77356 | alanchoi96@gmail.com 510-695-1852 | investor | | | | 800,000 |
| 5 | William Barrera 289 Waterford Wy Montgomery TX 77356 | william-barrera@sbcglobal.net 510-812-4335 | investor | | | | 300,000 |
| 6 | Michael H. Lee 289 Waterford Wy Montgomery TX 77356 | michael.hw.lee@gmail.com 646-300-4095 | investor | | | | 600,000 |
| 7 | | | | | | | |
| 8 | | | | | | | |