United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-33463 |
| SHAMBHALA TREATMENT CENTER § | |
| LLC § | |
| and § | |
| CROCKETT PATHWAYS LLC, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## ORDER
## TO SHOW CAUSE

On September 18, 2023 the Court entered an order directing Debtors to file a Chapter 11 Status Conference Statement by September 28, 2023. No such report has been filed. It is therefore:

**ORDERED:** that

1. An electronic show cause hearing will be held on October 5, 2023, at 1:30 p.m. (Central Standard Time). Debtors and Debtors' counsel must attend the hearing.

2. Debtors must be prepared to demonstrate to the Court why the instant case should not be dismissed or converted to a proceeding under chapter 7 of the United States Code.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. No later than October 3, 2023, Debtors must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED October 2, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge