# Norma Chavez

| | |
|---|---|
| **From:** | Charles Hunter <chunter@hayeshunterlaw.com> |
| **Sent:** | Wednesday, December 20, 2023 2:06 PM |
| **To:** | Norma Chavez; Ana Castro |
| **Cc:** | george@twomeymay.com; c.ross.travis@usdoj.gov; kbartley@ws-law.com; linda@ws-law.com; Brendon Singh |
| **Subject:** | Bankruptcy Case No. 23-33463 |

**CAUTION - EXTERNAL:**

Dear Judge Rodriguez,

I write to follow up on our conversation in the hearing today in the adversary proceeding regarding my ability to represent parties in these actions. You indicated that on the current record I can represent Ms. Han in the adversary proceeding. I apologize for not thinking then to ask if I can continue to represent the Debtors in the reorganization proceeding until substitute counsel is obtained. I am not asking for legal advice but for a statement of allowable practice in your court.

My concern is that Mr. Savvon has filed an emergency motion today for dismissal, and Mr. May informs me that his counsel will also file a motion today addressing the stay. Additionally, Ms. Han wants relief from the DIP account deadline and the exclusivity date. If I cannot respond to these motions or file interim motions, the Debtors will be unrepresented. I am concerned whether I can ethically withdraw leaving the client unrepresented, although I fully appreciate the effect of your order denying the application for employment.

I am asking for guidance and, essentially, permission to protect the Debtors while they seek new counsel.

Sincerely,



**Charles Clinton Hunter**
Attorney

Email: chunter@hayeshunterlaw.com

Phone: (346) 363-0334 ext. 701



Fax: (713) 583-7047

**Hayes Hunter PC**
4265 San Felipe St, Suite 1000
Houston, TX 77027
www.HayesHunterLaw.com

The information contained in this electronic mail transmission is intended by Hayes Hunter, P.C., for receipt by the named individual or entity to which it is directed. It may contain attorney-client or work product privilege. If you have received this electronic transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.