United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-33463 |
| SHAMBHALA TREATMENT CENTER LLC | § | |
| and | § | |
| CROCKETT PATHWAYS LLC, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

**ORDER**
**TO SHOW CAUSE**
*Concerning ECF No. 126*

On December 20, 2023, this Court received an ex parte communication from Mr. Charles Hunter and this Court has docketed said ex parte communication at ECF No. 126. This communication would appear to violate Fed. R. Bankr. P. 9003(a) concerning prohibition of ex parte communications with this Court.[1] Accordingly, it is therefore:

**ORDERED:** that

1. An electronic show cause hearing will be held on December 21, 2023, at 10:00 a.m. (Central Standard Time) before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be held at the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

2. Charles Hunter should be prepared to show cause as to why the ex parte communication as docketed at ECF No. 126 does not violate Fed. R. Bankr. P. 9003(a) and why he should not be sanctioned.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

---

[1] Fed. R. Bankr. P. 9003(a) ("Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the court concerning matters affecting a particular case or proceeding.").

4. Charles Hunter must immediately serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED December 20, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge